

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00029-CV

In the Matter of A.J.W.

§ From County Court at Law No. 1

§ of Wichita County (38993-LR-D)

§ March 26, 2015

§ Opinion by Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we vacate the trial court's January 26, 2015 "Order to Authorize Psychoactive Medication" and "Judgment–Temporary Mental Health."

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
        Justice Bonnie Sudderth